UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROTHERHOOD OF MAINTENANCE
OF WAY EMPLOYEES DIVISION/IBT,

     Plaintiff,

v.

GRAND TRUNK CORPORATION, *et al.*,

     Defendants.

_____/

Case No. 19-cv-13246
Hon. Matthew F. Leitman

## ORDER (1) ADJOURNING HEARING ON DEFENDANT'S MOTION TO DISMISS AND (2) DIRECTING PARTIES TO INFORM THE COURT OF RELATED RULINGS

In this action, Plaintiff Brotherhood of Maintenance of Way Employees Division/IBT ("BMWED") seeks a declaration that Defendant railroads have violated the Railway Labor Act, 45 U.S.C. § 152, by, among other things, "refusing to bargain with BMWED on a single carrier, craft-wide, system-wide basis." (Comp., ECF No. 1, PageID.10.)  On January 6, 2020, Defendant railroads moved to dismiss BMWED's Complaint. (*See* Mot., ECF No. 13.)  In the alternative, Defendants asked the Court to either stay this action or transfer it to the United States District Court for the District of Columbia where a related action between the parties is pending. (*See id.*)

1

The Court initially scheduled a hearing on Defendants' motion for June 23, 2020. (*See* Notice of Hearing, ECF No. 26.)  Through this order, the Court **ADJOURNS** that hearing.  The Court will soon issue a new notice of hearing that resets the hearing on Defendants' motion for September 2020.

The parties are further **DIRECTED** to promptly inform the Court if rulings are issued on any of the pending motions to dismiss in the following related actions:

- *Alton & S. Ry. Co. et al.* v. *BMWED*, Case No. 19-03586 (D.D.C.);
- *BMWED v. Union Pac. R.R. Co.*, Case No. 19-00466 (D. Neb.);
- *BMWED v. Consol. Rail Corp.*, Case No. 19-13112 (E.D. Mich.); and
- *BMWED v. Norfolk S. Ry. Co.*, Case No. 19-00420 (E.D. Tenn.)

   **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 17, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 17, 2020, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764

2